IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Rangaswamy Meganathan | ) | Case No: 16 C 8291 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| Northern Illinois University | ) | |
| | ) | |

### ORDER

(:5)
Motion hearing held. Defendant's motion to dismiss plaintiff's complaint or, in the alternative, unopposed motion to transfer action to the Western Division is granted in part. [8] Defendant's unopposed motion to transfer this action to the Western Division is granted. The Clerk of Court is directed to transfer this action forthwith to the Western Division. Defendant's motion to dismiss remains pending and is transferred along with the case.

Date: 11/1/2016                                                                                       /s/ Thomas M. Durkin