## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| **RANGASWAMY MEGANATHAN,** | ) | |
| | ) | **Case No.: 16-cv-08291** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Hon. Judge: Frederick J. Kapala** |
| | ) | |
| | ) | |
| **NORTHERN ILLINOIS** | ) | |
| **UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STIPULATION FOR DISMISSAL

The parties, Plaintiff, Rangaswamy Meganathan, and Defendant, Northern Illinois University, hereby stipulate and agree that Plaintiff's cause of action against Defendant shall be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Jeffrey J. Freeman*
Jeffrey J. Freeman
Attorney for Defendant
Office of the Illinois Attorney General
100 West Randolph Street
13th Floor
Chicago, IL
(312) 814-4451
JFreeman@atg.state.il.us
ID No. 6296523

/s/ *Alexander W. Van Maren*
Alexander W. Van Maren
Attorney for Plaintiff
Foote, Mielke, Chavez &
O'Neil, LLC
10 W. State Street, Suite #200
Geneva, IL 60134
(630) 232 7450
awv@fmcolaw.com
ID No. 6321657

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, I electronically filed the foregoing JOINT STIPULATION FOR DISMISSAL, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey J. Freeman
Office of the Illinois Attorney General
100 West Randolph Street
13th Floor
Chicago, IL
(312) 814-4451
JFreeman@atg.state.il.us

*/s/ Alexander W. Van Maren*